UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches©,　　　　　　　　　CIVIL NO:
Plaintiff

V.　　　　　　　　　　　　　　　　　　4:07-4138-MBS-JWC

Steven Zirnkilton d/b/a Law & order,
Defendant

## Complaint

42 USC 1983. Defendants voice is Law & ordering my illegal treatment in prison. I'm a non violent white collar criminal in a medium violent prison at FCI Williamsburg in solitary. Defendant made the sentencing guidelines high for me. I got 125 months. Every day I'm tortured mentally, locked in a room 24 hours a day like a dog, fed cold food. I don't have sneakers or shoes. I see no dentist, I get no mental health treatment, I get no sunlight, this is unconstitutional. I seek $56 million in relief

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590　　843-387-9400

Respectfully
Submitted
Jonathan Lee Riches